**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ERIC JESUS LOPEZ,**<br><br>**Defendant.** | **Case No. 23-CR-044-JFH-3** |

**OPINION AND ORDER**

Before the Court is Eric Jesus Lopez's Motion for Early Termination of Probation ("Motion"). Dkt. No. 276. The United States of America ("Government") opposes Noel's Motion. Dkt. No. 284. For the following reasons, Mr. Lopez's Motion is DENIED.

On October 22, 2024, Mr. Lopez was sentenced to a five-year term of probation for false statements during purchase of a firearm, in violation of 18 U.S.C. § 924(a)(1)(A). Dkt. No. 241. Two years later, Mr. Lopez filed the current Motion seeking early termination of that probationary period. He notes that he has complied with all conditions of his probation, has maintained steady employment, completed all of his community service obligations, tested negative on all required drug tests, has focused on building a productive life. Dkt. No. 276.

Ultimately, the Court may terminate a term of probation after one year so long as it considers the factors in § 3553(a) and early termination is in the interest of justice. See *United States v. Warren*, 650 F. App'x 614, 615 (10th Cir. 2016); *United States v. Begay*, 631 F.3d 1168, 1171–72 (10th Cir. 2011)). After considering these factors, the Court finds that early termination of probation is unwarranted. Although the Court commends Mr. Lopez for complying with the terms of his probation, "[c]ompliance with the conditions of supervised release is expected." *United States v. Hovey*, 745 F. Supp. 3d 1254, 1259 (D.N.M. 2024). Furthermore, Mr. Lopez has

only served two years of his term of probation, and the Court finds no evidence that his probation is negatively impacting his rehabilitation.

Accordingly, the Court denies Mr. Lopez's Motion without prejudice. The Court encourages Mr. Lopez to continue complying with the terms of his probation while building a stable and productive life for himself.

IT IS SO ORDERED this 13th day of November, 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE